UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **ROBERT MCCARTY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**EXPERIAN INFORMATION SOLUTIONS,** )<br>**INC.; EQUIFAX INFORMATION SERVICES,** )<br>**LLC; TRANS UNION, LLC; AND TRUIST** )<br>**BANK** )<br>)<br>**Defendants.** )<br>) | Civil Action No. 2:23-cv-454 |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff ROBERT MCCARTY ("Mr. McCarty"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Mr. McCarty and TRANS UNION, LLC, *only*. Mr. McCarty and TRANS UNION, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, Mr. McCarty and TRANS UNION, LLC shall timely file the proper form of dismissal with the Court.

Dated: May 6, 2024

*s/ Leonard A. Bennett*
Leonard A. Bennett, VSB No. 37523
Craig C. Marchiando, VSB No. 89736
Drew D. Sarrett, VSB No. 81658
Kristi Cahoon Kelly, VSB No. 72791
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660
(757) 930-3662 fax
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: drew@clalegal.com
Email: kkelly@kellyguzzo.com

1

## **CERTIFICATE OF SERVICE**

I certify that on May 8, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Leonard A. Bennett*
Leonard A. Bennett

*Counsel for Plaintiff*