IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ROBERT MCCARTY,
    Plaintiff,

v.                                                     Civil Action No.  2:23cv454

EXPERIAN INFORMATION SOLUTIONS.,
INC., EQUIFAX INFORMATION SERVICES,
LLC, TRANS UNION, LLC AND TRUIST
BANK, formerly known as SUNTRUST BANK,
    Defendants.

## DISMISSAL ORDER

This matter is before the Court on a Stipulation of Dismissal with Prejudice (ECF 55), filed by Plaintiff, Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax"), and Defendant TRANS UNION, LLC ("Trans Union"). The Court acknowledges that the dismissal of Equifax and Trans Union is WITH PREJUDICE with each party to bear its own attorneys' fees and costs. This matter will proceed as to the remaining Defendants, Truist Bank and Experian Information Solutions, Inc.

The Clerk is directed to send an electronic copy of this Order to all counsel of record.

It is SO ORDERED.

                                                          /s/
                                        Elizabeth W. Hanes
                                        United States District Judge

Norfolk, Virginia
Date: June 24, 2024