UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| **ROBERT MCCARTY,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 2:23-cv-454 |
| **EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; AND TRUIST BANK** | ) ) ) ) ) |
| **Defendants.** | ) ) ) |

## NOTICE OF SUGGESTION OF BANKRUPTCY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 25, 2024 (the "**Petition Date**"), Robert Wayne McCarty, Jr. (the "**Debtor**") filed a voluntary petition for relief in the United States Bankruptcy Court for the Eastern District of Virginia (the "**Bankruptcy Court**") under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* ("**Bankruptcy Code**"). The Debtor's case is now pending before the Honorable Stephen C. St John under the caption *In re Robert Wayne McCarty Jr. and April Nicole McCarty*, No. 24-72285-SCS.

Dated: October 30, 2024

Respectfully Submitted,

By: */s/ Drew D. Sarrett*
Drew D. Sarrett, VSB # 81658
**CONSUMER LITIGATION ASSOCIATES, P.C.**
626 East Broad Street, Suite 300
Richmond, VA  23219
Telephone: (804) 905-9900
Fax: (804) 905-9902
Email:  drew@clalegal.com

1

Leonard A. Bennett, Esq., VSB #37523
Craig C. Marchiando, Esq., VSB #89736
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com

Kristi C. Kelly, VSB #72791
**KELLY GUZZO, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com

*Counsel for Robert McCarty*

2

## CERTIFICATE OF SERVICE

      I certify that on October 30, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                                            */s/ Drew D. Sarrett*
                                                            Drew D. Sarrett

                                                            *Counsel for Robert McCarty*