IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ROBERT MCCARTY,
    Plaintiff,

v.                                                      Civil Action No. 2:23cv454

EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION
SERVICES, LLC, TRANS UNION, LLC,
AND TRUIST BANK, formerly known as
SUNTRUST BANK,
    Defendants.

## ORDER

Pending before the Court is a Notice of Suggestion of Bankruptcy, ECF No. 58, indicating that Plaintiff, Robert McCarty, filed a Petition for Chapter 7 Bankruptcy on October 25, 2024. *See Robert McCarty, et al.*, No. 24-72285 (Bankr. E.D. Va. Oct. 25, 2024). "When a debtor files for Chapter 7 bankruptcy [his] assets immediately are transferred to the bankruptcy estate." *Martineau v. Wier*, 934 F.3d 385, 388 (4th Cir. 2019) (citing 11 U.S.C. § 541(a)). Causes of action that accrued before the debtor filed a Chapter 7 bankruptcy petition, such as the claims asserted by McCarty in his Complaint, are such assets. *Id.* at 391. The bankruptcy trustee may choose to pursue the cause of action for the benefit of the estate or abandon the bankruptcy estate's interest in the cause of action. *Id.* at 388.

For these reasons, it is hereby ORDERED that this matter is STAYED until the bankruptcy trustee determines whether to pursue McCarty's causes of action. The parties are directed to notify the Court when such a decision has been reached by the bankruptcy trustee.

It is SO ORDERED.

Norfolk, Virginia Date:
November 5, 2024

                                                    /s/
                                        Elizabeth W. Hanes
                                        United States District Judge